# FEDERAL PUBLIC DEFENDER
DISTRICT OF NEW JERSEY

K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER



1002 BROAD STREET • NEWARK, NEW JERSEY 07102 • (973) 645-6347

June 9, 2026

Honorable Evelyn Padin
United States District Judge
Martin Luther King, Jr., Federal Courthouse
50 Walnut Street
Newark, NJ  07102

  Re: <u>United States v. Julio Albery Nunez, Crim. No. 25-693 (EP)</u>

Dear Judge Padin:

  The Court today rescheduled Mr. Nunez's sentencing hearing from June 24, 2026, at 2:00 p.m., to June 23, 2026, at 11:00 a.m.  Unfortunately, I am scheduled to be out of town on June 23rd and therefore am unavailable on that date.

  Accordingly, I would like to respectfully request a new date for Mr. Nunez's sentencing hearing, if the Court has availability.  I have conferred with the government, and both counsel are available on the following dates:  June 22, June 29, July 1, and July 2.  If those dates are not convenient for the Court, I am happy to confer further with the government and provide additional availability.

  I greatly appreciate the Court's consideration of this request, and I apologize for any inconvenience.

       Respectfully submitted,

       /s/Candace Hom
       Assistant Federal Public Defender

cc: Rebecca Sussman, AUSA
  Kelly Lyons, AUSA
  Kelly Maciel, USPO